

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00566-CV

Tom **FATJO,** Jr.,
Appellant

v.

Andrews Kurth **KENYON** LLP,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15425A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was originally due November 6, 2017; however, the court granted an extension of time until December 6 to file the brief. Appellant has filed a further motion for extension of time, asserting the parties are in settlement negotiations. We grant the motion and order appellant's brief due **January 5, 2018** (sixty days after the original due date).

Appellant is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief or a motion disposing of this appeal will be completed and filed by the requested extended deadline. The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4th Tex. App. (San Antonio) Loc. R. 8, Notes and Comments.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court